AO91 (Rev. 12/03)  Criminal Complaint                                          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**  
vs.  

Eduardo Elias VILLANUEVA-Cano  
A212 977 864  Mexico

**CRIMINAL COMPLAINT**

Case Number: 1:18-po-925

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 14, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on May 14, 2018. The defendant is a citizen of Mexico who entered the United States illegally by swimming across the Rio Grande River near Brownsville, Texas on May 14, 2018 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Roman, Adolfo  Border Patrol Agent  
Signature of Complainant

Roman, Adolfo    Border Patrol Agent  
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 16, 2018                                                          at    Brownsville, Texas  
Date                                                                            City/State

Ignacio Torteya III            U.S. Magistrate Judge  
Name of Judge                  Title of Judge                        Signature of Judge